# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Civil Action No. 1:22-cv-979

| | |
|---|---|
| Joyce Sutton, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Healthcare Revenue Recovery Group, )<br>LLC, )<br>)<br>    Defendant ) | **NOTICE OF APPEARANCE** |

I, Craig M. Shapiro, hereby enter my appearance on behalf of Plaintiff Joyce Sutton.

November 15, 2022        s/ Craig M. Shapiro
                                       Craig M. Shapiro (State Bar # 48887)
                                       Law Offices of John T. Orcutt, P.C.
                                       1738 Hillandale Road, Suite D
                                       Durham, North Carolina 27705
                                       Tel: 919.286.1695
                                       Fax: 919.286.2704
                                       cshapiro@johnorcutt.com