IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-cv-979

| | |
|---|---|
| Joyce Sutton, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Healthcare Revenue Recovery Group, LLC, | ) |
| Defendant | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that the Plaintiff, Joyce Sutton, hereby dismisses the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted this 17th of August, 2023.

/s/ Koury L. Hicks
Koury L. Hicks (NC Bar # 36204)
Law Offices of John T. Orcutt, P.C.
1738 Hillandale Rd., Ste. D
Durham NC 27705
919-286-1695
khicks@johnorcutt.com

1